UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARET RODGERS,

    Plaintiff,

v.                                          Case No.: 2:19-cv-00896-JLB-NPM

FIRST HORIZON BANK,

    Defendant.
_____/

## ORDER

The mediator reports that the parties have settled. (Doc. 30.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is **DIRECTED** to close the case.

**ORDERED** in Fort Myers, Florida, on October 22, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE